QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for defendant
TERESA ALONZO-SOSA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> TERESA ALONZO-SOSA, <br><br> Defendant. | NO. 01:04-cr-05237 OWW <br><br> ORDER FOR COMMITMENT, PURSUANT TO 18 U.S.C. § 4241(D)(1), TO DETERMINE PROBABILITY DEFENDANT WILL ATTAIN COMPETENCY TO STAND TRIAL <br><br> Judge: Honorable Oliver W. Wanger |

This matter came on before the court for hearing on June 17, 2005.  At that time the court determined by a preponderance of the evidence that defendant Teresa Alonzo-Sosa is presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to understand the nature and consequences of the proceedings against her or to assist in her defense.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED**, pursuant to 18 U.S.C. § 4241(d)(1), that Teresa Alonzo-Sosa shall be committed to the custody of the Attorney General for placement in a suitable facility for a reasonable period, not to exceed four months, as is necessary to determine whether there is a substantial probability that in the foreseeable future she will attain the capacity to permit the trial to proceed.

DATED: June   21  , 2005

/s/ OLIVER W. WANGER
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California