QUIN DENVIR, Bar #49374
Federal Defender
ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
TERESA ALONZO-SOZA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>                                                              )<br>                        Plaintiff,            )<br>                                                              )<br>            v.                                           )<br>                                                              )<br>TERESA ALONZO-SOZA,              )<br>                                                              )<br>                        Defendant.       )<br>_____)  | NO. 1:04-cr-5237 OWW<br><br>**APPLICATION FOR ORDER EXONERATING CASH BOND AND  ORDER THEREON**<br><br>Judge: Oliver W. Wanger |

Defendant Teresa Alonzo Sosa, hereby moves this court for an order to exonerate the cash bond in the above-captioned case.

On August 11, 2004, Ms. Alonzo Sosa appeared in this matter before Magistrate Judge Sandra M. Snyder.  On that date, the court ordered Ms. Alonzo Sosa released from custody under the supervision of Pretrial Services and a $10,000 cash bond.  Said bond was provided to this court by Gabriella Sanchez, 1820 Blue Haven Court, San Diego, CA 92154, on August 12, 2004**. (**Receipt #100 200016**)**

Ms. Alonzo Sosa complied with her conditions of release while out of custody; however, her family became concerned about her mental health and requested that her release be revoked.  Ms. Alonzo then appeared before this court on May 23, 200 and was remanded to custody.  She is now in custody undergoing mental health treatment and/or evaluation.

Since Ms. Alonzo Sosa complied with the conditions of releases in this matter and voluntarily appeared to be remanded, she requests that the court exonerate the bond.

Defense counsel has discussed this application with Assistant United States Attorney Virna L. Santos. She does not object to exoneration of the bond.

DATED: _____  Respectfully submitted,

/s/ Eric V. Kersten
ERIC V. KERSTEN
Attorney for Defendant
Teresa Alonzo Sosa

## **O R D E R**

IT IS HEREBY ORDERED that the cash bond in the above-captioned case, in the amount of $10,000.00 (Receipt #100 200016), be exonerated. Said funds shall be reimbursed to Gabriella Sanchez, 1820 Blue Haven Court, San Diego, CA 92154, surety and owner of said funds pursuant to the Statement of Ownership of Cash Bond filed August 12, 2004.

DATED: 12/7/05

/s/Oliver W. Wanger
OLIVER W. WANGER, Judge
United States District Court
Eastern District of California