1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  ERIC V. KERSTEN, Bar #226429
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for defendant
6  TERESA ALONZO SOSA

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO.01:04-cr-05237 OWW
                                    )
12         Plaintiff,               )   *AMENDED
                                    )   STIPULATION TO CONTINUE STATUS
13     v.                           )   CONFERENCE; AND
                                    )   ORDER THEREON
14 TERESA ALONZO SOSA,              )
                                    )   DATE: *March 7, 2006
15         Defendant.               )   TIME : 9:00 a.m.
                                    )   DEPT : Hon. Oliver W. Wanger
16 _____   )

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorney of record herein, that the Status Conference in the above captioned matter, scheduled for

19 February 14, 2006 may be continued to **March 7, 2006 at 9:00 a.m.**

20     The reason for the continuance is that defense counsel needs additional time for being sought at the

21 request of defendant's counsel for additional time to  prepagrounds for the continuance are that defense

22 counsel needs additional time for further investigation and plea negotiations.

23     The parties agree that the delay resulting from the continuance shall be excluded in the interests of

24 justice, including but not limited to, the need for the period of time set forth herein for effective defense

25 ///

26 ///

27 ///

28 ///

preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

          McGREGOR W. SCOTT
          United States Attorney

DATED: February 9, 2006          By  /s/ Virna L. Santos
          VIRNA L. SANTOS
          Assistant U.S. Attorney
          Attorney for Plaintiff

          DANIEL J. BRODERICK
          Acting Federal Public Defender

DATED: February 9, 2006          By  /s/ Eric V. Kersten
          ERIC V. KERSTEN
          Assistant Federal Defender
          Attorney for Defendant

## **O R D E R**

**IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

DATED: February_10_, 2006

          /s/ OLIVER W. WANGER

          OLIVER W. WANGER, Judge
          United States District Court
          Eastern District of California